IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILADELPHIA COMMUNITY DEVELOPMENT COALITION, INC. | : : : | |
| | : | CIVIL ACTION |
| v. | : | No. 25-246 |
| | : | |
| AGNES A. WELLS | : | |

## ORDER

This 21st day of April, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion to Remand, ECF 5, is **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge