IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA COMMUNITY** | : | |
| **DEVELOPMENT COALITION** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 25-246 |
| | : | |
| **AGNES A. WELLS,** *et al.* | : | |

# **ORDER**

This 7th day of July, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant HUD's Motion to Dismiss, ECF 12, is **GRANTED with prejudice.** The Clerk of Court is directed to mark this case closed.

    /s/ Gerald Austin McHugh
United States District Judge